No. 64199.—Union Brokerage Co. *v.* United States, protest 313656–K (Pembina).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C.D. 1923), the claim of the plaintiff was sustained.

No. 64200.—Sandoz Chemical Works, Inc. *v.* United States, protest 270089–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise does not contain ethyl alcohol and that the issue is similar to that in *United States* v. *Sandoz Chemical Works, Inc.* (46 C.C.P.A. 115, C.A.D. 711), the claim of the plaintiff was sustained.

No. 64201.—Teddy's House of Sea Food, Inc., et al. *v.* United States, protests 59/26898, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.